ACCEPTED
03-15-00561-CR
7003622
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/18/2015 8:09:04 PM
JEFFREY D. KYLE
CLERK

# Cliff McCormack

Attorney at Law
174 South Guadalupe, Suite 106
San Marcos, Texas 78666
Telephone: 512-353-3803
Facsimile: 512-353-7483

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/18/2015 8:09:04 PM

JEFFREY D. KYLE
Clerk

CERTIFIED MEDIATOR

Email: cliffwmccormack#@gmail.com

Date:    September 18, 2015

Ms. Shonna Castillo
Official Court Reporter
167th District Court
Travis County, Texas

Re:   State v. Gary Stier, No. 924772.

Dear Ms. Castillo:

My client is requesting that you prepare a copy of the court transcript (statement of facts) for the trial on April 27, 2015 in this cause.

He will make arrangements to pay the costs.

Yours very truly,

Cliff McCormack